**E-Filed** 12/15/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PACIFIC SHINFU TECHNOLOGIES CO., LTD.,

Plaintiff,

v.

PINNACLE RESEARCH INSTITUTE, INC., PRIDTRONICS, INC., and K.C. TSAI,

Defendants.

No. C-00-21034 RMW

ORDER VACATING HEARING DATE

Defendant's motion for fees presently set for hearing on December 19, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of December 19, 2008 is vacated.

Dated: 12/15/08

Ronald M Whyte

RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed on ______12/15/08____ to:**

**Counsel for Plaintiffs:**
James B. Nebel
Flynn Delich & Wise
One California St Ste 350
San Francisco, CA 94111
(415) 693-5566

**Counsel for Defendants:**

Frank H. Russow
Attorney at Law
1195 Main Street
Santa Clara, CA 95050

J. Joseph Wall, Jr.
Korda Johnson & Wall LLP
66 E. Santa Clara Street
Suite 250
San Jose, CA 95113

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.